RECEIVED

APR 2 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JAMAL JAMES CARMOUCHE** | : | **DOCKET NO. 15-cv-2760** |
| **D.O.C. # 471370** | | |
| **VERSUS** | : | **JUDGE DOHERTY** |
| **DARREL VANNOY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objection filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 24 day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE